IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION



04 JAN -8 PM 3: 53

U.S. DISTRICT COURT
N.D. OF ALABAMA

DAVID J. STEWART,                }
                                 }
      Plaintiff                  }
                                 }
v.                               }       CIVIL ACTION NO.
                                 }       99-AR-0975-S
RICHARD W. RILEY, Secretary of   }
the United States Department     }
of  Education  and  ALABAMA      }
DEPARTMENT OF REHABILITATION     }
SERVICES,                        }
                                 }
      Defendants.                }

ENTERED
JAN  8 2004

## ORDER

A report and recommendation has been entered in this action, to which no objections were filed. The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The filing by Richard W. Riley, Secretary of the United States Department of Education ("Riley"), of a brief in support of the other defendant's motion to dismiss is DEEMED a motion to dismiss by Riley. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. Although not relied upon by the magistrate judge, the court believes that defendants' participation in the arbitration proceeding constituted a waiver of any Eleventh Amendment or sovereign immunities they otherwise have had. In accordance with the recommendation, the arbitration



panel's decision is due to be upheld.  Therefore, the defendants'
12(b)(6) motions to dismiss on the ground that the panel's decision
does not violate applicable law is due to be granted and this
action dismissed.  An appropriate order will be entered.

DONE this ___8___ day of January, 2004.


WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE